DOUGLASS POPE, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Action to recover damages for an assault committed upon plaintiff, a passenger, by defendant's trainman. Appeal from judgment in plaintiff's favor and from order denying defendant's motion to set aside the verdict and grant a new trial. Judgment and order of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN COLMER, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions in the County of Kings, finding the defendant guilty of driving a car while intoxicated in violation of subdivision 5 of section 70 of the Vehicle and Traffic Law; and a similar judgment by the same court, finding the defendant guilty of violating subdivision 5-a of section 70 of the Vehicle and Traffic Law (leaving the scene of an accident) and sentencing the defendant in each instance to a fine of ten dollars or ten days, and, in addition, to two months in the city prison, to be served concurrently, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED GUTMAN, Alias FREDERICK GUTMAN, Appellant.— Judgment of the County Court of Queens County convicting the defendant of the crime of manslaughter in the second degree unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH HUTCHINSON, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of bookmaking in violation of section 986 of the Penal Law unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES QUINN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN QUINN, Appellant.—Judgments of the County Court of Kings county convicting defendants of the crime of robbery in the first degree unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE WEBER, Appellant.— Defendant was convicted in the Court of Special Sessions of the City of New York, Borough of Queens, of the crime of violating section 986 of the Penal Law (bookmaking). Judgment of conviction unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

FRED QUENZER and ANNA QUENZER, His Wife, and GEORGE QUENZER and ROSINE QUENZER, His Wife, Respondents, v. THE MORRIS-MORRIS CORPORATION and Others, Defendants; ROSE WEITZMAN, Appellant.— Order granting plaintiffs' motion for summary judgment in an action to foreclose a mortgage affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ., concur.